**LOCAL OFFICIAL FORM 102**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DISTRICT OF COLUMBIA

In re  
**1521 V St, SE, LLC**,

Debtor(s)

**Case No.**

**Chapter    11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept a flat fee of ................................................ | $ 0.00 |
| Filing Fees........................................................................................................................ | $ 0.00 |
| Prior to the filing of this statement I have received ....................................................... | $ 0.00 |
| Balance Due ..................................................................................................................... | $ 0.00 |

**OR**

I have agreed to provide services on the following terms and conditions (i.e., hourly or without compensation on a pro bono basis). If pro bono, questions 2, 3, and 4 may be omitted.

2. The source of the compensation paid to me was:

    ☐ Debtor    ☒ Other (specify):    Sam Razjooya will be made from personal funds

3. The source of compensation to be paid to me is:

    ☐ Debtor    ☒ Other (specify):    Sam Razjooya personal funds

4. ☒    I have not agreed to share the above-disclosed compensation with any other person unless they are members or associates of my law firm

    ☐    I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    b. All services set forth in Local Bankruptcy Rule 2016-2(a)(2)(B), if electing compensation under the Court's presumptively reasonable fee in a chapter 13 case;
    c. [Other provisions as needed]:

    A total of $7000.00 has been received pre-petition for costs and is not included in the above reference amount in Section 1.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

## CERTIFICATION

I certify that the foregoing is an accurate statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date: **February 20, 2025**

**/s/ Jill Phillips**
Signature of attorney
**Jill Phillips**
Name, Bar Number
**The Phillips Law Offices, LLC**
Firm
**6301 Ivy Lane Suite 700**
**Greenbelt, MD 20770**
Address
**(401) 464-2991**
Telephone
**jp@phillipslaweast.com**
Email Address